IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SANDRA GRAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | |
| | ) | Division No. |
| DION McBAY and WENDY McBAY, | ) | |
| | ) | |
| Defendants. | ) | |

**OFFER OF JUDGMENT**

COME NOW Defendants Dion McBay and Wendy McBay, pursuant to Rule 68 of the Federal Rules of Civil Procedure, and offers to allow judgment to be taken against them in this cause by Plaintiff Sandra Gray in the sum of Twelve Thousand Dollars ($12,000.00) with costs accrued to date. If this offer is not accepted by Plaintiff Sandra Gray within fourteen (14) days after service of this offer, it shall be deemed withdrawn, pursuant to said Rule 68 of the Federal Rules of Civil Procedure.

This Offer of Judgment is conditioned upon any liens and rights of subrogation and rights of reimbursement being paid from this sum.

KRAFT, BISCHOFF, McNELLEY & BUCKLEY

By_____
      Carl D. Kraft, #28265MO
      Attorney for Defendants
      Dion and Wendy McBay
      12901 North Forty Drive
      St. Louis, MO 63141
      (314) 523-6976
      (314) 523-7350, ext. 1067045
      Fax: (314) 523-6950
      Kraft.Carl@aaamissouri.com

## CERTIFICATE OF SERVICE

    I hereby certify that on the ___3rd___ day of February, 2020, the foregoing was filed electronically with the Clerk of the Court, to be served by operation of the Court's electronic filing system upon the following: Christopher R. Dixon, The Dixon Injury Firm, Attorney for Plaintiff, 9666 Olive Boulevard, Suite 202, St. Louis, MO 63132; chris@DixonInjuryFirm.com.

_____