20SL-CC00219

Electronically Filed - St Louis County - January 03, 2020 - 09:05 AM

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| SANDRA GRAY | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: |
| | ) | |
| DION MCBAY and WENDY MCBAY, | ) | |
| SERVE:  By Private Process Server | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## PETITION FOR DAMAGES

**COMES NOW** Plaintiff Sandra Gray by and through undersigned counsel, and for her cause of action against Defendants Dion McBay and Wendy McBay states and avers as follows:

### THE PARTIES

1.    Plaintiff Sandra Gray (hereinafter, "Sandra") is a resident of St. Louis County, residing at 1767 Westmeade Drive, Chesterfield, State of Missouri.

2.    At all times relevant herein, Defendants Dion McBay and Wendy McBay (hereinafter, "Defendants") were residents of the State of Missouri and can be served at their residence at 1960 N. Main Street, Unit 107, Walnut Creek, State of California, 94596.

### VENUE AND JURISDICTION

3.    Venue is proper in this judicial circuit, pursuant to Missouri Revised Statute §508.010, insofar that the incident giving rise to this cause of action occurred in St. Louis County.

Electronically Filed - St Louis County - January 03, 2020 - 09:05 AM

4.    Jurisdiction is proper in this Court, as Sandra's damages and prayers for relief exceed $25,000.00.

## ALLEGATIONS COMMON TO ALL COUNTS

5.    At all times relevant herein, Defendants owned and harbored a dog at their residence of the Lhasa Apso breed type (hereinafter, "the dog").

6.    On or about June 25, 2019, Sandra was a self-employed cosmetologist operating a salon (hereinafter, "the Salon") at her place of residence.

7.    On or about June 25, 2019, Defendant Wendy McBay received cosmetology services from Sandra at the Salon.

8.    On or about June 25, 2019 Defendant McBay held the dog in her lap while receiving cosmetology services from Sandra at the Salon.

9.    On or about June 25, 2019, while finishing up her services with Defendant McBay, Sandra bent down to clean up the surrounding floor area at which time the dog lunged at and bit Sandra on her face and mouth.

10.    As a result of this violent attack, Sandra suffered severe injuries to her face and mouth.

11.    Sandra did nothing to provoke the attack.

12.    The attack permanently damaged and scarred Sandra's face and mouth.

13.    Defendants' dog has been known to previously bite humans as noted in records from Tri-City Animal Clinic located at 15646 Manchester Road, Ellisville, State of Missouri.

Electronically Filed - St Louis County - January 03, 2020 - 09:05 AM

## COUNT I – VIOLATION OF RSMo. § 273.036

14.    Plaintiff restates and realleges all preceding paragraphs as though fully set forth herein.

15.    Section 273.036.1 of the Missouri Revised Statutes reads:

> The owner or possessor of any dog that bites, without provocation, any person while such person is on public property, or lawfully on private property, including the property of the owner or possessor of the dog, is strictly liable for damages suffered by persons bitten, regardless of the former viciousness of the dog or the owner's or possessor's knowledge of such viciousness. Owners and possessors of dogs shall also be strictly liable for any damage to property or livestock proximately caused by their dogs. If it is determined that the damaged party had fault in the incident, any damages owed by the owner or possessor of the biting dog shall be reduced by the same percentage that the damaged party's fault contributed to the incident. The provisions of this section shall not apply to dogs killing or maiming sheep or other domestic animals under section 273.020.

16.    At all times herein mentioned, Defendants were in possession of the dog that bit Sandra.

17.    Defendants' dog attacked Sandra without provocation.

18.    At all times, Sandra was lawfully conducting business in her private place of residence.

19.    Sandra is within the class of persons that RSMo. § 273.036.1 was intended to protect.

20.    As a direct and proximate result of the dog's attack, Sandra suffered injuries to her face and mouth, including bleeding, tearing of flesh and scarring, as well as surgical revision of the injury sites.

Electronically Filed - St Louis County - January 03. 2020 - 09:05 AM

21.     Sandra has suffered physical pain, suffering, and permanent disfigurement as a direct result of being bitten.

22.     Sandra has incurred the services of hospitals, physicians, nurses, and other healthcare providers, all at substantial cost.

23.     Sandra will continue to incur the services of hospitals, physicians, nurses, and other healthcare providers, the costs of which are unknown.

24.     Defendants are strictly liable to Sandra for damages she sustained pursuant to RSMo. § 273.036.1

WHEREFORE, Plaintiff Sandra Gray prays for damages jointly and severally against Defendants in a fair and reasonable amount in excess of $25,000.00 and for such other and further relief as the Court deems just under the circumstances.

## COUNT II – VIOLATION OF RSMo. § 322.145

25.     Plaintiff restates and realleges all preceding paragraphs as though fully set forth herein.

26.     Section 322.145 of the Missouri Revised Statutes states, "The owner of an animal that bites or otherwise possibly transmitted rabies or any zoonotic disease shall be liable to an injured party for all damages done by the animal."

27.     Sandra is within the class of persons that RSMo. § 322.145 was intended to protect.

28.     As a direct and proximate result of Defendants' dog attacking Sandra, Sandra suffered injuries to her face and mouth, including bleeding, tearing of flesh and scarring, as well as surgical revision of the injury sites.

-4-

Electronically Filed - St Louis County - January 03, 2020 - 09:05 AM

29.    Sandra has suffered physical pain, suffering, and permanent disfigurement as a direct result of being bitten.

30.    Sandra has incurred the services of hospitals, physicians, nurses, and other healthcare providers, all at substantial cost.

31.    Sandra will continue to incur the services of hospitals, physicians, nurses, and other healthcare providers, the costs of which are unknown.

32.    Defendants are strictly liable to Sandra for damages she sustained pursuant to RSMo. § 322.145

WHEREFORE, Plaintiff Sandra Gray prays for damages jointly and severally against Defendants in a fair and reasonable amount in excess of $25,000.00 and for such other and further relief as the Court deems just under the circumstances.

## COUNT III – NEGLIGENCE

33.    Plaintiff restates and realleges all preceding paragraphs as though fully set forth herein.

34.    Sandra's injuries, as set forth herein, were directly and proximately caused by the negligence and carelessness of Defendants in one or more of following way, to wit:

   a.    Defendants negligently failed to properly restrain their dog;

   b.    Defendants knew or should have known that the dog could have attacked Sandra, yet Defendants negligently failed to take measures to prevent such attack;

   c.    Defendants negligently failed to supervise their dog and, as a consequence, the dog attacked a human; and

-5-

Electronically Filed - St Louis County - January 03, 2020 - 09:05 AM

      d.    Defendants knew or should have know that the dog was likely to attack a human as the dog had attacked a human in the past.

35.     Defendants' conduct, as set forth above, showed a complete indifference and conscious disregard for the safety of Sandra and others, so as to entitle Sandra to an award of punitive damages to deter Defendants, and others, from similar conduct in the future.

36.     As a direct and proximate result of the negligence and carelessness of Defendants, as aforementioned, Sandra suffered injuries to her face and mouth, including bleeding, tearing of flesh and scarring, as well as surgical revision of the injury sites.

37.     Sandra has suffered physical pain, suffering, and permanent disfigurement as a direct result of being bitten.

38.     Sandra has incurred the services of hospitals, physicians, nurses, and other healthcare providers, all at substantial cost.

39.     Sandra will continue to incur the services of hospitals, physicians, nurses, and other healthcare providers, the costs of which are unknown.

WHEREFORE, Plaintiff Sandra Gray prays for damages jointly and severally against Defendants in a fair and reasonable amount in excess of $25,000.00 and for such other and further relief as the Court deems just under the circumstances.

Electronically Filed - St Louis County - January 03, 2020 - 09:05 AM

Respectfully submitted,

**THE DIXON INJURY FIRM**

By __/s/ Christopher R. Dixon_____
Christopher R. Dixon, #60011
Amanda L. Hayden #71536
*Attorneys for Plaintiff*
9666 Olive Boulevard, Suite 202
St. Louis, Missouri 63132
T: (314) 282-5905
F: (314) 627-5968
D: (314) 439-8304
Email: chris@DixonInjuryFirm.com
Email: amanda@DixonInjuryFirm.com
www.TheDixonInjuryFirm.com