IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SANDRA GRAY,                          )
                                      )
            Plaintiff,                )
                                      )    Cause No. 4:20CV189 HEA
v.                                    )
                                      )
DION McBAY and WENDY McBAY,           )
                                      )
            Defendants.               )

## STIPULATION FOR DISMISSAL

It is hereby stipulated and agreed, by and between the parties to the above-entitled case,

that the same be and is hereby dismissed with prejudice to the rights of Plaintiff.

_____
Sandra Gray, Plaintiff

_____
Christopher Dixon, Attorney for Plaintiff

_____
Carl D. Kraft, Attorney for Defendants